*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JESSICA YAZZA                                                                                   PLAINTIFF

vs.                                   NO. 4:14CV00636  SWW

ARKANSAS FEDERAL CREDIT UNION                                         DEFENDANT

## ORDER OF DISMISSAL

The Court has been advised by counsel that this matter has been settled and that all issues in this lawsuit have been resolved.

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 18th day of August 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE